Zheng "Andy" Liu (SBN 279327)
Jingyi Guo (SBN 335448)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Fax: (510) 987-8341
Email: Andy.Liu@AptumLaw.us
*Attorneys for Defendant*
*Jonathan Yejun Park*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITRIA VENTURES LLC<br><br>             Plaintiff,<br><br>   v.<br><br>EBZNS HOLDINGS LLC; KOTKA LLC; ATTO FINE INC.; DREI HAUS LTD LIABILITY CO. SERENUM LLC; AND JONATHAN YEJUN PARK;<br><br><br>             Defendants. | Case No.: **5:23-cv-1843**<br><br>**DEFENDANT JONATHAN PARK'S NOTICE OF REMOVAL** |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant Jonathan Yejun Park ("Mr. Park" or "Defendant") files this Notice of Removal pursuant to 28 U.S.C. §§ 1332(a) and 1446 to effect the removal of the above-captioned action, which was commenced in the Superior Court of the State of California in and for the County of Santa Clara, and states that the removal is proper for the reasons stated below.

## BACKGROUND

1.      On January 31, 2023, Plaintiff Itria Ventures LLC ("Plaintiff" or "Itria Ventures") filed a Complaint in the Superior Court of California for the County of Santa Clara, entitled "*Itria Ventures LLC v. EBZNS Holdings LLC et. al.*," Case No. 23-cv-410800 (the "Action"). The allegations of the Complaint in the Action are incorporated by reference in this Notice of Removal without necessarily admitting any of them. In compliance with 28 U.S.C. § 1446(a), attached hereto as **Exhibit A** is a copy of the Complaint as filed, which constitutes the entirety of the record in the Action.

2.      The Complaint asserts two causes of action: (1) breach of contract and (2) breach of guaranty.

3.      The Complaint named Mr. Park as one of the defendants to this Action. Mr. Park is a resident of St. Louis, Missouri.

4.       As of April 14, 2023, the date this Notice of Removal was filed, Mr. Park has not been served with the Complaint in the Action.

**NOTICE OF REMOVAL**

5.      As further explained below, the Court has jurisdiction of this matter under 28 U.S.C. § 1332(a) because there is diversity between Plaintiff and Defendants and the amount in controversy exceeds $75,000.

## **DIVERSITY OF CITIZENSHIP**

### A.  Plaintiff's Citizenship.

6.      Plaintiff is a limited liability company organized and existing under the laws of the State of Delaware and has its principal place of business in the State of New York.  All members of the Plaintiff LLC are believed to be citizens of New York[1].

### B.  Defendants' Citizenship.

7.      Defendant Jonathan Park is a resident and citizen of St. Louis, MO.

8.      Defendant Ebzns Holdings LLC (a California LLC) is also a citizen of St. Louis, MO: Mr. Park is the only member of Ebzns Holdings LLC.

9.      Defendant Kotka LLC (an LLC formed under the law of the State of California) is also a citizen of St. Louis, MO: Mr. Park is the only member of Kotka LLC.

10.     Defendant Serenum LLC (an LLC formed under the law of the State of California) is also a citizen of St. Louis, MO: Mr. Park is the only member of Serenum LLC.

11.     Defendant Drei Haus Ltd. Liability Co. (an LLC formed under the law of the State of California) is also a citizen of St. Louis, MO: Mr. Park is the only member of Drei Haus Ltd. Liability Co.

12.     Defendant Atto Fine Inc. is a citizen of the State of California.

///

---

1.      The citizenship of an LLC is the citizenship of its members. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). ("[L]ike a partnership, an LLC is a citizen of every state of which its owners/members are citizens.").

**NOTICE OF REMOVAL**

### C.  None of the Defendants have been formally served.

13.     "The issue of the sufficiency of service of process prior to removal is strictly a state law issue." *Lee v. City of Beaumont*, 12 F.3d 933, 936-37 (9th Cir. 1993)

14.     Here, Defendants received copies of the Summons and Complaint **only by mail**, which is a valid form of service under California law.

15.     On April 11, 2023, the undersigned counsel contacted both attorneys of records for Plaintiff regarding the status of the service of process. Neither responded. Attached hereto as **Exhibit B** is a copy of the email Defendants wrote to Plaintiff regarding the status of the service of process.

16.     On April 13, 2023, Plaintiff filed four purported proofs of service on various individuals not known or associated with any of the Defendants. Attached hereto as **Exhibit C** are the copies of the purported proofs of service Plaintiff field with the Santa Clara Superior Court.

17.     First, sserving unrelated person do not suffice California's requirement for service of process.

18.     For example, Plaintiff claims to have served Atto Fine Inc. by serving "Duane Hailey, Managing Partner." Duane Hailey is not the registered agent or an employee of Atto Fine Inc. Atto Fine Inc. is not a partnership and thus would not have a manager partner. In fact, Atto Fine Inc. does not even know who Duane Hailey is.

19.     For a second example, Plaintiff claims to have served Serenum LLC by serving "Kristie Briggs – Mail Team." Kristie Briggs is not the registered agent or an employee of Serenum LLC. Serenum LLC does not have a "Mail Team" and does not even know who Kristie Briggs is.

20. For a third example, Plaintiff claims to have served Kotka LLC by serving "Nick Factoran, Community Manager." Nick Factoran is not the registered agent or an employee of Kotka LLC. Kotka LLC does not operate a community and does not have a "Community Manager." In fact, Kotka LLC does not even know who Nick Factoran is.

21. For a fourth example, Plaintiff claims to have served EBZNS Holdings LLC by serving "Jessica Zhang, Receptionist." Jessica Zhang is not the registered agent and does not have authority to accept the service of process on EBZNS Holdings LLC's behalf.

22. Second, in any event, because in all these service attempts Plaintiff claimed to have used substitute service, a subsequent "mailing a copy of the summons and complaint by first-class mail, postage prepaid to the person to be served at the place where a copy of the summons and complaint were left" is required. "Service of a summons in this manner is deemed complete on the 10th day after the mailing." Cal. Code Civ. Proc. § 415.20(a).

23. No subsequent mail having been done, no service has been completed.

**D. The Forum Defendant Rule Does Not Apply.**

24. To the extent Plaintiff cites 28 U.S.C. § 1441(b)(2) to argue that the Action may not be removed because certain of "the parties in interest properly joined and served as defendants [are] citizen[s] of the state in which such action is brought," that argument fails because, as explained above, none of the Defendants has been formally served with the Complaint.

25. Courts in this district have repeatedly held that "a defendant may remove an action prior to receiving proper service, even when the defendant resides in the state in which the plaintiff filed the state claim." *Sherman v. Haynes & Boone*, No. 14-CV-01064-PSG, 2014 WL 4211118, at *1 & n.8 (N.D. Cal. Aug. 22, 2014) (citing cases); *see also Regal Stone Ltd. v. Longs Drug Stores Cal.*, LLC, 881 F. Supp. 2d 1123, 1127 (N.D. Cal. 2012) (holding that courts

in this district "hold that the clear and unambiguous language of the statute only prohibits removal after a properly joined forum defendant has been served"). As Judge Koh recently recognized:

> By its plain language, 28 U.S.C. § 1441(b)(2) permits an in-state defendant who has not been both joined and served to remove a case to federal court on the basis of diversity jurisdiction. Here, it is undisputed that Defendant[] removed Plaintiff's Complaint before any Defendants were served. Thus, Defendant[s] notice of removal was not procedurally improper, and remand is not warranted.

### E.  Consent to removal is hereby given.

26.     Because no defendant has been served, no consent from any other defendant is required.  For the sake of the argument that some Defendants, other than Mr. Park, have been served, they hereby consent to the removal.

### F.  The 30-day time period has not expired.

27.     Because non defendant has been formally served, the 30-day time period for removal was never triggered.

### AMOUNT IN CONTROVERSY

28.     Plaintiff seeks damages in at least the amount of $159,605.23, above the required amount.

### VENUE

29.     Venue lies in the Northern District of California pursuant to 28 U.S.C. §§ 1441(a) and 1446(a). This action was originally brought in the Superior Court of the State of California, County of Santa Clara, which is embraced by the Northern District of California

///

NOTICE OF REMOVAL

## NOTICE OF REMOVAL

30. This Notice of Removal shall be served promptly on Plaintiff and filed with the Clerk of the Superior Court of the State of California in and for the County of Santa Clara.

WHEREFORE, Defendant Park prays that this civil action be removed from the Superior Court of the State of California, County of Santa Clara, to the United States District Court for the Northern District of California.

Dated: January 3, 2023                    Respectfully submitted,


By:_____
        Zheng "Andy" Liu (SBN 279327)
                *Attorneys for Defendant*
                *Jonathan Yejun Park*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

**NOTICE OF REMOVAL**

E-FILED
1/31/2023 2:16 PM
Clerk of Court
Superior Court of CA,
County of Santa Clara
23CV410800
Reviewed By: N. Christopherson

1  ALAN R. OUELLETTE, CA Bar No. 272745
    aouellette@foley.com
2  DANIYAL M. HABIB, CA Bar No. 338197
    dhabib@foley.com
3  FOLEY & LARDNER LLP
  555 CALIFORNIA STREET
4  SUITE 1700
  SAN FRANCISCO, CA 94104-1520
5  TELEPHONE:  415.434.4484
  FACSIMILE:   415.434.4507
6

7  Attorneys for Plaintiff ITRIA VENTURES LLC

8  SUPERIOR COURT OF THE STATE OF CALIFORNIA

9  FOR THE COUNTY OF SANTA CLARA

10

11  ITRIA VENTURES, LLC

CASE NO: 23CV410800

12      PLAINTIFF,

**COMPLAINT FOR DAMAGES**

13      V.

1. Breach of Contract (All Defendants)
2. Breach of Guaranty (All Defendants)

14  EBZNS HOLDINGS LLC; KOTKA LLC; ATTO FINE INC; DREI HAUS LTD LIABILITY CO.; SERENUM LLC; AND JONATHAN YEJUN PARK

15

16      DEFENDANTS.

17

18        Plaintiff Itria Ventures, LLC ("Plaintiff"), as and for its complaint against Defendants EBZNS

19  HOLDINGS LLC; KOTKA LLC; ATTO FINE INC; DREI HAUS LTD LIABILITY CO.; SERENUM

20  LLC ("Merchants") and Jonathan Yejun Park ("Guarantor," and along with Merchants, "Defendants"),

21  alleges as follows:

22                         **PARTIES AND JURISDICTION**

23       1.     Plaintiff is a Limited Liability Company organized and existing pursuant to the laws of

24  Delaware with a principal place of business at One Penn Plaza, Suite 3101, New York, New York 10119.

25       2.     EBZNS Holdings LLC is a limited liability company formed under the laws of the state of

26  Delaware with a principal place of business located in Corte Madera, California.

27       3.     Kotka LLC is a limited liability company formed under the laws of the state of California

28  with a principal place of business located in Orange, California.

4.     Atto Fine Inc. is a corporation formed under the laws of the state of California with a principal place of business located in Yuba City, California.

5.     Drei Haus Ltd. Liability Co. is a limited liability company formed under the laws of the state of California, with a principal place of business located in San Jose, California.

6.     Serenum LLC is a limited liability company formed under the laws of the state of California, with a principal place of business located in Avalon, California.

7.     Jonathan Yejun Park is a resident of Mill Valley, California and is a principal of EBZNS Holdings LLC.

8.     This Court has personal jurisdiction over Defendants pursuant to the terms of the applicable contracts and because Defendants are residents and conduct business in California on a continuous and systemic basis.

9.     The amount in controversy between the parties exceeds $25,000 exclusive of interest and costs.  Accordingly, this Court has subject matter jurisdiction.

10.     Venue is proper in this Court because one of the Defendants, Drei Haus Ltd. Liability Co., conducts business in Santa Clara County, California on a continuous and systemic basis.

## ALLEGATIONS COMMON TO EACH CLAIM FOR RELIEF

11.     Plaintiff is engaged in the business of providing financial accommodations to its business customers through, among other things, the purchase of merchant accounts receivable.

12.     On or about September 13, 2022, Plaintiff entered into a Future Receivables Sale Agreement (the "FRSA") with Merchants whereby Plaintiff purchased, and Merchants sold, future accounts receivables of Merchants in the total amount of $218,750.00 (the "Amount Sold") for the purchase price of $175,000.00.

13.     Pursuant to the FRSA, Plaintiff agreed to collect the Amount Sold by Merchant remitting 10.17% of Merchants' accounts receivable, which amounted to $4,557.29 each week (the "Remittance Amount").

14.     The FRSA sets forth certain actions which would result in a material breach of the FRSA, one of which is Merchant's failure to timely remit to Plaintiff the Remittance Amount (the "Material Breach").

15.     Pursuant to the terms of the FRSA, in the event of a Material Breach, Plaintiff has the immediate right to the balance of the Amount Sold, plus reasonable attorneys' fees and costs incurred by Plaintiff as a result of Merchants' Material Breach.

16.     Contemporaneous with the execution of the FRSA, Guarantor, as Merchants' principal, executed a Guaranty of Performance whereby Guarantor guaranteed the performance of Merchants' duties and obligations pursuant to the FRSA (the "Guaranty of Performance" and along with the FRSA, the "Agreement").  Upon information and belief, a copy of the Agreement is within Defendants' possession.

## FIRST CLAIM FOR RELIEF

### (Breach of Contract)

17.     Plaintiff repeats and realleges the allegations set forth above as if fully set forth at length herein.

18.     The FRSA is a valid and enforceable contract between Plaintiff and Merchants.

19.     Plaintiff has fulfilled its obligations under the FRSA in all material respects.

20.     Beginning on or about January 4, 2023, Merchants failed to remit to Plaintiff the Remittance Amount pursuant to the terms of the FRSA, even though Merchants were continuing to collect accounts receivables.

21.     Accordingly, Merchants are in Material Breach of the FRSA.

22.     Plaintiff provided notice of breach to Merchants. However, to date, Merchants have not cured their Material Breach.

23.     Pursuant to the terms set forth in the FRSA, Plaintiff is immediately entitled to the balance of the Amount Sold plus interest and reasonable attorneys' fees and costs incurred by Plaintiff as a result of Merchants' Material Breach.

24.     The balance of the Amount Sold that is due and owing, plus interest, is at least $159,605.23.

25.     As a result of Merchant's Material Breach, Plaintiff has incurred damages in an amount not less than $159,605.23, plus interest, attorney fees, and other incidental and consequential damages.

///
///
///

## SECOND CLAIM FOR RELIEF

### (Breach of Guaranty)

26.     Plaintiff repeats and realleges the allegations set forth above as if fully set forth at length herein.

27.     The Guaranty of Performance is a valid and enforceable contract between Plaintiff and Guarantor.

28.     Plaintiff has fulfilled its obligations under the Guaranty of Performance in all material respects.

29.     As a result of Merchants' failure to remit to Plaintiff the balance of the Amount Sold plus reasonable attorneys' fees and costs incurred by Plaintiff as a result of Merchants' Material Breach, Guarantor is liable for the same pursuant to the Guaranty of Performance.

30.     Plaintiff provided notice of breach to Guarantor and requested payment.

31.     Guarantor has failed to remit to Plaintiff the balance of the Amount Sold plus reasonable attorneys' fees and costs incurred by Plaintiff as a result of Merchants' Material Breach and thus is in breach of the Guaranty of Performance.

32.     The balance of the Amount Sold that is due and owing, plus interest, is at least $159,605.23.

33.     As a result of Guarantor's breach of the Guaranty of Performance, Plaintiff has incurred damages in an amount not less than $159,605.23, plus interest, attorney fees, and other incidental and consequential damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this Court issue a judgment in its favor awarding Plaintiff:

A.     Damages in an amount not less than $159,605.23;

B.     Interest, attorney fees, and other costs of litigation; plus additional damages to be proven at trial including, but not limited to, incidental and consequential damages; and

C.     All other relief to which Plaintiff is entitled by law, contract or equity.

DATE: JANUARY 31, 2023

**FOLEY & LARDNER LLP**
ALAN R. OUELLETTE
DANIYAL M. HABIB


By: _____
ALAN R. OUELLETTE
Attorneys for Plaintiff ITRIA VENTURES LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

NOTICE OF REMOVAL

 Gmail

**Andy Liu <bjliuzheng@gmail.com>**

## Santa Clara County - 23CV410800

**Liu, Zheng** <bjliuzheng@gmail.com>
To: dhabib@foley.com, aouellette@foley.com
Cc: Jingyi Guo <Jingyi.guo@aptumlaw.us>

Tue, Apr 11, 2023 at 4:49 PM

Gentlemen,

We are in the process of being engaged by the defendants in this case; we will accept service if it has not been completed yet.

Please let us know whether there is a deadline to file a responsive pleading, We plan to work with your office to amicalbel resolve this contract dispute.

thanks a lot.


Thank you.

Andy Liu
*Attorney*
*Aptum Law* | 650-475-6289 | *Andy.Liu@AptumLaw.us*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

**NOTICE OF REMOVAL**

POS-010

23CV410800
Santa Clara – Civil

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Alan R. Ouellette, Esq. (SBN 272745)<br>Daniyal M. Habib (SBN 338197)<br>FOLEY & LARDNER LLP<br>555 California Street  Suite 1700<br>San Francisco, CA 94104<br>TELEPHONE NO.: (415) 434-4484 \| FAX NO. \| E-MAIL ADDRESS<br>ATTORNEY FOR: Plaintiff: | *FOR COURT USE ONLY*<br>R. Fleming<br><br>**Electronically Filed**<br>**by Superior Court of CA,**<br>**County of Santa Clara,**<br>**on 4/13/2023 11:47 AM**<br>**Reviewed By: R. Fleming**<br>**Case #23CV410800**<br>**Envelope: 11700774** |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA | |
|---|---|
| STREET ADDRESS:  191 North First Street | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: San Jose, CA 95113 | |
| BRANCH NAME: DOWNTOWN SUPERIOR COURT | |

| Plaintiff:    ITRIA VENTURES LLC | CASE NUMBER: |
|---|---|
| Defendant: EBZNS HOLDINGS LLC, et al. | 23CV410800 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>2153199AA |
|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   - a. ☑ Summons
   - b. ☑ Complaint
   - c. ☑ Alternative Dispute Resolution (ADR) package
   - d. ☑ Civil Case Cover Sheet  *(served in complex cases only)*
   - e. ☐ Cross-complaint
   - f. ☑ other *(specify documents):* **Civil Lawsuit Notice**
3. a. Party served *(specify name of party as shown on documents served):*
   **Kotka LLC**
   - b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      **Hebron Zheng, Agent for service of process -**
4. Address where the party was served:  **1100 Town & Country Road**
   **Orange, CA 92868**
5. I served the party (check proper box)
   - a. ☐ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*     (2) at *(time):*
   - b. ☑ **by substituted service.**  On *(date):* **2/8/2023**  at  *(time):* **1:57 PM**  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
      **Nick Factoran, Community Manager**
      - (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.
      - (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.
      - (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.
      - (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* **2/8/2023** from *(city):* **SANTA ANA**      **or** ☐ a declaration of mailing is attached.
      - (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | | |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>POS010-1/2153199 |

Plaintiff: **ITRIA VENTURES LLC**

Defendant: **EBZNS HOLDINGS LLC, et al.**

CASE NUMBER:
**23CV410800**

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                             (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)*

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of *(specify):* **EBZNS HOLDINGS LLC**
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)                ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)          ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
    ☑ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)                 ☐ 415.46 (occupant)
                                     ☐ other:

7. **Person who served papers**

    a. Name: **Rosemary Garcia - Ace Attorney Service, Inc.**

    b. Address: **811 Wilshire Boulevard, Suite 900  Los Angeles, CA 90017**

    c. Telephone number: **(213) 623-3979**

    d. **The fee** for service was: **$81.75**

    e. I am:

      (1) ☐ not a registered California process server.

      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

      (3) ☑ registered California process server:
          (i) ☐ owner   ☑ employee     ☐ independent contractor.
          (ii) Registration No.: **2018002560**
          (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **2/13/2023**

_____
**Rosemary Garcia**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶     *Rosemary Garcia*
(Signature - Per CC §1633.7)

**POS-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Alan R. Ouellette, Esq. (SBN 272745)<br>Daniyal M. Habib (SBN 338197)<br>FOLEY & LARDNER LLP<br>555 California Street  Suite 1700<br>San Francisco, CA 94104<br>TELEPHONE NO.: (415) 434-4484 \| FAX NO. \| E-MAIL ADDRESS<br>ATTORNEY FOR: Plaintiff: | FOR COURT USE ONLY<br><br>Electronically Filed<br>by Superior Court of CA,<br>County of Santa Clara,<br>on 4/13/2023 11:47 AM<br>Reviewed By: R. Fleming<br>Case #23CV410800<br>Envelope: 11700774 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS: 191 North First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: DOWNTOWN SUPERIOR COURT

Plaintiff:  ITRIA VENTURES LLC

Defendant: EBZNS HOLDINGS LLC, et al.

| PROOF OF SERVICE OF SUMMONS | CASE NUMBER:<br>23CV410800 |
|---|---|
| | Ref. No. or File No.:<br>2153196AA |

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet  *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: **Civil Lawsuit Notice**
3. a. Party served *(specify name of party as shown on documents served)*:
   **EBZNS HOLDINGS LLC**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Jonathan Park, Agent for service of process -**
4. Address where the party was served:  **21 Tamal Vista Boulevard**
   **Corte Madera, CA 94925**
5. I served the party (check proper box)
   a. ☐ **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:     (2) at *(time)*:

   b. ☑ **by substituted service.** On *(date)*: **2/9/2023**  at  *(time)*: **10:38 AM**  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   **Jessica Zhang, Receptionist**
   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:    from *(city)*:                                    **or** ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Plaintiff: **ITRIA VENTURES LLC**

Defendant: **EBZNS HOLDINGS LLC, et al.**

CASE NUMBER:
**23CV410800**

---

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                                  (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*) (Code Civ. Proc., § 415.30.)*

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of *(specify):* **EBZNS HOLDINGS LLC**
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☑ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

    a. Name: **Valerie Martin - Ace Attorney Service, Inc.**

    b. Address: **811 Wilshire Boulevard, Suite 900  Los Angeles, CA 90017**

    c. Telephone number: **(213) 623-3979**

    d. **The fee** for service was: **$ 119.00**

    e. I am:

        (1) ☐ not a registered California process server.

        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

        (3) ☑ registered California process server:

            (i) ☐ owner  ☑ employee    ☐ independent contractor.

            (ii) Registration No.: **1543**

            (iii) County: **ALAMEDA**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **2/10/2023**

---
**Valerie Martin**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶     *Valerie Martin*
    (Signature - Per CC §1633.7)

POS-010
R. Fleming

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Alan R. Ouellette, Esq. (SBN 272745)<br>Daniyal M. Habib (SBN 338197)<br>**FOLEY & LARDNER LLP**<br>555 California Street, Suite 1700 San Francisco, CA 94104<br>TELEPHONE NO.: (415) 434-4484 | FAX NO. (415) 434-4507  | E-MAIL ADDRESS: aouellette@foley.com; dhabib@foley.com<br>ATTORNEY FOR *(Name):* Plaintiff: | *FOR COURT USE ONLY*<br>**Electronically Filed<br>by Superior Court of CA,<br>County of Santa Clara,<br>on 4/13/2023 11:47 AM<br>Reviewed By: R. Fleming<br>Case #23CV410800<br>Envelope: 11700774** |
|---|---|

| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA**<br>STREET ADDRESS: 191 North First Street<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: DOWNTOWN SUPERIOR COURT | |
|---|---|
| PLAINTIFF/PETITIONER: ITRIA VENTURES, LLC<br>DEFENDANT/RESPONDENT: EBZNS HOLDINGS LLC; et al. | CASE NUMBER:<br>23CV410800 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:  2153202AS |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **Civil Lawsuit Notice**
3. a.  Party served *(specify name of party as shown on documents served):*
   **ATTO FINE INC**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Duane Hailey, Managing Partner**
4. Address where the party was served:  **1000 Lincoln Road, Suite H
   Yuba City, CA 95991**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **2/9/2023**  (2) at *(time):* **3:00 PM**

   b. ☐ **by substituted service.** On *(date):*  at  *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):*  from *(city):*  or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Plaintiff: **ITRIA VENTURES, LLC**

Defendant: **EBZNS HOLDINGS LLC; et al.**

23CV410800

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*                                    (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*) (Code Civ. Proc., § 415.30.)*

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of *(specify):* **ATTO FINE INC**
under the following Code of Civil Procedure section:

☑ 416.10 (corporation)                          ☐ 415.95 (business organization, form unknown)
☐ 416.20 (defunct corporation)                 ☐ 416.60 (minor)
☐ 416.30 (joint stock company/association)     ☐ 416.70 (ward or conservatee)
☐ 416.40 (association or partnership)          ☐ 416.90 (authorized person)
☐ 416.50 (public entity)                       ☐ 415.46 (occupant)
                                               ☐ other:

7. **Person who served papers**

a. Name: **Rodmark Tay - Ace Attorney Service, Inc.**

b. Address: **811 Wilshire Boulevard, Suite 900  Los Angeles, CA 90017**

c. Telephone number: **(213) 623-3979**

d. **The fee** for service was: **$ 136.00**

e. I am:

(1) ☐ not a registered California process server.

(2) ☐ exempt from registration under Business and Professions Code section 22350(b).

(3) ☑ registered California process server:

(i) ☐ owner   ☑ employee   ☐ independent contractor.

(ii) Registration No.: **2022-010**

(iii) County: **SACRAMENTO**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **2/14/2023**

_____          ▶  _____
           **Rodmark Tay**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)              (Signature - Per CC §1633.7)

| | | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Alan R. Ouellette, Esq. (CABN 272745)<br>Daniyal M. Habib (CABN 338197)<br>FOLEY & LARDNER LLP<br>555 California Street, Suite 1700<br>San Francisco, CA 94104<br>TELEPHONE NO.: (415) 434-4484 | FAX NO. | E-MAIL ADDRESS:aoulette@foley.com; dhabib@foley.com<br>ATTORNEY FOR: Plaintiff: ITRIA VENTURES LLC | | R. Fleming |

Electronically Filed
by Superior Court of CA,
County of Santa Clara,
on 4/13/2023 11:47 AM
Reviewed By: R. Fleming
Case #23CV410800
Envelope: 11700774

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA**
STREET ADDRESS: 191 North First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: DOWNTOWN SUPERIOR COURT

Plaintiff: ITRIA VENTURES, LLC

Defendant: EBZNS HOLDINGS LLC, et al.

CASE NUMBER:
23CV410800

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>2153204RC |
|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents):* **Civil Lawsuit Notice**

3. a. Party served *(specify name of party as shown on documents served):*
   **SERENUM LLC**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **1505 Corporation, Agent for service of process by serving Kristie Briggs - Mail Team**

4. Address where the party was served: **1401 21st Street, Suite R**
   **Sacramento, CA 95811**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **2/9/2023**  (2) at *(time):* **12:14 PM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>POS010-1/2153204 |
|---|---|---|

Plaintiff: **ITRIA VENTURES, LLC**

Defendant: **EBZNS HOLDINGS LLC, et al.**

CASE NUMBER:
**23CV410800**

c. ☐ **by mail and acknowledgment of receipt of service.**  I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                               (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)*

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of *(specify):* **SERENUM LLC**

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☑ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

  a. Name:  **Brian Bernal - Ace Attorney Service, Inc.**

  b. Address:  **811 Wilshire Boulevard, Suite 900  Los Angeles, CA 90017**

  c. Telephone number:  **(213) 623-3979**

  d. **The fee** for service was: **$ 76.00**

  e. I am:

    (1) ☑ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☐ registered California process server:

       (i) ☐ owner     ☐ employee     ☐ independent contractor.

       (ii) Registration No.:

       (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **2/9/2023**

**Brian Bernal**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶

(Signature - Per CC §1633.7)

**PROOF OF SERVICE OF SUMMONS**